# EXHIBIT C

## DETAILED ITEMIZATION OF SERVICES PERFORMED, TIME SPENT AND EXPENSES INCURRED FOR THE PERIOD NOVEMBER 1, 2009 THROUGH MARCH 26, 2010

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
tel +1 212 259 8000
fax +1 212 259 6333

## PRIVILEGED AND CONFIDENTIAL

Employer Identification No. 13-5608594

| | |
|---|---|
| Barbara Unger, Director | Invoice Number 578470 |
| US Legal Matters YPAL | Invoice Date 12/10/2009 |
| Private Banking & Private Clients - Legal Department | Client Number 306646 |
| Credit Suisse | Matter Number 000136 |
| Brandschenkestrasse 25 | Page 1 |
| P.O. Box 8070 Zurich, Switzerland | |

RE: Chapter 11 General

For Professional Services Rendered Through **11/30/2009**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | **$3,592.50** |
| **Current Expenses** | **$167.08** |
| **Total Amount of this Invoice** | **$3,759.58** |
| **Total Amount Due if Invoice is Paid by 12/31/2009** | **$3,651.81** |

**For Professional Services Rendered Through 11/30/2009**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/11/09 | PAI | Review fee statement (.1); Emails regarding Disclosure Statement (.1). | 0.20 | $165.00 |
| 11/13/09 | PAI | Telephone conference with M. Hirschfield regarding Disclosure Statement review and hearing. | 0.10 | $82.50 |
| 11/18/09 | PAI | Emails Trustee, Trustee's counsel and Committee regarding Plan and Disclosure Statement. | 0.20 | $165.00 |
| 11/19/09 | AL | Meeting with A. Weiss; Review of plan and disclosure statement. | 0.70 | $332.50 |
| 11/19/09 | PAI | Conference with A. Weiss regarding summary of Plan mechanisms (.1); Emails to Committee regarding same (.1). | 0.20 | $165.00 |
| 11/20/09 | AL | Review plan and disclosure statement and draft summary for P. Ivanick and A. Weiss. | 1.00 | $475.00 |
| 11/20/09 | PAI | Review and edit summary of Plan and conference with A. Lebwohl regarding same (.3); Email to Committee regarding same and regarding Monday call (.1). | 0.40 | $330.00 |
| 11/23/09 | AL | Research precedent, draft, and revise letter recommending vote to accept plan. | 1.00 | $475.00 |
| 11/23/09 | PAI | Emails regarding LT Committee (.1); Committee call (.1); Attend Committee call regarding Plan and Disclosure Statement (.5); Draft minutes and emails regarding LT Committee (.3); Draft letter to Holders regarding Plan (.3); Emails regarding same (.1). | 1.40 | $1,155.00 |
| 11/24/09 | PAI | Emails regarding draft letter and minutes (.1); finalize minutes (.1). | 0.20 | $165.00 |
| 11/25/09 | PAI | Emails regarding Disclosure Statement motion and service. | 0.10 | $82.50 |
| | | Totals | 5.50 | $3,592.50 |

**Timekeeper Summary**

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Peter A. Ivanick | PAI | Partner | 2.80 | 825 | $2,310.00 |
| Andrew Lebwohl | AL | Associate | 2.70 | 475 | $1,282.50 |
| | | Totals | 5.50 | | $3,592.50 |

| | |
|---|---|
| **Total Professional Services** | **$3,592.50** |

### Charges and Disbursements Summary

| Type of Disbursement | Amounts |
|---|---|
| Reproduction | 15.80 |
| Word Processing | 150.00 |
| Online Legal Research | 1.28 |
| **Total Expenses** | **$167.08** |
| **Total Amount for this Matter** | **$3,759.58** |

# DEWEY & LEBOEUF

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
tel +1 212 259 8000
fax +1 212 259 6333

## PRIVILEGED AND CONFIDENTIAL

Employer Identification No. 13-5608594

Barbara Unger, Director
US Legal Matters YPAL
Private Banking & Private Clients - Legal Department
Credit Suisse
Brandschenkestrasse 25
P.O. Box 8070 Zurich, Switzerland

| | |
|---|---|
| Invoice Number | 578471 |
| Invoice Date | 12/10/2009 |
| Client Number | 306646 |
| Matter Number | 000276 |
| | Page 1 |

RE: Fee Application/Fee Statement

For Professional Services Rendered Through **11/30/2009**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | $577.50 |
| **Total Amount of this Invoice** | $577.50 |
| Total Amount Due if Invoice is Paid by 12/31/2009 | $560.18 |

**For Professional Services Rendered Through 11/30/2009**

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/14/09 | PAI | First draft and edit of fee application. | 0.30 | $247.50 |
| 11/20/09 | PAI | Review and edit Fee Application. | 0.30 | $247.50 |
| 11/24/09 | PAI | Finalize fee application. | 0.10 | $82.50 |
| | | Totals | 0.70 | $577.50 |

**Timekeeper Summary**

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Peter A. Ivanick | PAI | Partner | 0.70 | 825 | $577.50 |
| | | Totals | 0.70 | | $577.50 |

| | |
|---|---|
| Total Professional Services | $577.50 |
| Total Amount for this Matter | $577.50 |

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
tel +1 212 259 8000
fax +1 212 259 6333

## PRIVILEGED AND CONFIDENTIAL

Employer Identification No. 13-5608594

| | | |
|---|---|---|
| Barbara Unger, Director | Invoice Number | 581505 |
| US Legal Matters YPAL | Invoice Date | 1/26/2010 |
| Private Banking & Private Clients - Legal Department | Client Number | 306646 |
| Credit Suisse | Matter Number | 000276 |
| Brandschenkestrasse 25 | | Page 2 |
| P.O. Box 8070 Zurich, Switzerland | | |

RE: Fee Application/Fee Statement

For Professional Services Rendered Through **12/31/2009**:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---:|
| **Current Fees** | $717.50 |
| **Total Amount of this Invoice** | $717.50 |

## For Professional Services Rendered Through 12/31/2009

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/09 | LS | Prepare for and electronic filing of 24th Fee Application. | 0.90 | $202.50 |
| 12/04/09 | LS | Prepare for and electronic filing of Affidavit of Service for 24th Fee Application. | 0.20 | $45.00 |
| 12/04/09 | PAI | Review fee application (.1); Memo to fee subcommittee (.1); Review letter to J. Cote (.1). | 0.30 | $247.50 |
| 12/11/09 | JS | Scan and file the Amended Affidavit of Service for Manhattan Investment Fund. | 0.80 | $140.00 |
| 12/15/09 | PAI | Review Fee Order and emails. | 0.10 | $82.50 |
|  |  | Totals | 2.30 | $717.50 |

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Peter A. Ivanick | PAI | Partner | 0.40 | 825 | $330.00 |
| Laura Saal | LS | Paralegal | 1.10 | 225 | $247.50 |
| Julie Sonkin | JS | Paralegal | 0.80 | 175 | $140.00 |
|  |  | Totals | 2.30 |  | $717.50 |

**Total Professional Services** $717.50

**Total Amount for this Matter** $717.50

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
tel +1 212 259 8000
fax +1 212 259 6333

## PRIVILEGED AND CONFIDENTIAL

Employer Identification No. 13-5608594

Barbara Unger, Director
US Legal Matters YPAL
Private Banking & Private Clients - Legal Department
Credit Suisse
Brandschenkestrasse 25
P.O. Box 8070 Zurich, Switzerland

| | |
|---|---:|
| Invoice Number | 581503 |
| Invoice Date | 1/26/2010 |
| Client Number | 306646 |
| Matter Number | 000136 |
| | Page 2 |

RE: Chapter 11 General

For Professional Services Rendered Through 12/31/2009:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---:|
| **Current Fees** | $2,557.50 |
| **Current Expenses** | $832.46 |
| **Total Amount of this Invoice** | $3,389.96 |

### For Professional Services Rendered Through 12/31/2009

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/01/09 | PAI | Review Disclosure Statement pleading. | 0.10 | $82.50 |
| 12/03/09 | PAI | Emails creditor. | 0.10 | $82.50 |
| 12/08/09 | PAI | Telephone conference with creditor. | 0.10 | $82.50 |
| 12/10/09 | PAI | Telephone conference with creditor (.1); Emails to and from M. Hirschfield regarding adding creditor to list (.1); Emails to creditor regarding status etc., (.1); Memo to Committee regarding distribution of materials (.1). | 0.40 | $330.00 |
| 12/11/09 | PAI | Review Trustee and counsel fee statements (.1); Review and execute December fee statement (.1). | 0.20 | $165.00 |
| 12/15/09 | PAI | Emails to and from creditor and M. Hirschfield regarding disclosure statement. | 0.20 | $165.00 |
| 12/22/09 | PAI | Attend hearing on Disclosure Statement and fee applications and travel to and from SDNY (1.6); Email to Committee regarding Disclosure Statement hearing (.1); Emails creditors (.1). | 1.80 | $1,485.00 |
| 12/23/09 | PAI | Review Operating Statements (.1); Telephone conference with creditors (.1). | 0.20 | $165.00 |
|  |  | Totals | 3.10 | $2,557.50 |

### Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Peter A. Ivanick | PAI | Partner | 3.10 | 825 | $2,557.50 |
|  |  | Totals | 3.10 |  | $2,557.50 |

**Total Professional Services**     $2,557.50

### Charges and Disbursements Summary

| Type of Disbursement | Amounts |
|---|---|
| FedEx | 149.36 |
| Reproduction | 615.60 |
| Messenger Service | 67.50 |
| **Total Expenses** | **$832.46** |

**Total Amount for this Matter**     $3,389.96

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
tel +1 212 259 8000
fax +1 212 259 6333

## PRIVILEGED AND CONFIDENTIAL

Employer Identification No. 13-5608594

| | | |
|---|---|---|
| Barbara Unger, Director | Invoice Number | 583603 |
| US Legal Matters YPAL | Invoice Date | 2/19/2010 |
| Private Banking & Private Clients - Legal Department | Client Number | 306646 |
| Credit Suisse | Matter Number | 000136 |
| Brandschenkestrasse 25 | | Page 1 |
| P.O. Box 8070 Zurich, Switzerland | | |

RE: Chapter 11 General

For Professional Services Rendered Through 1/31/2010:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | **$680.00** |
| **Current Expenses** | **$28.45** |
| **Total Amount of this Invoice** | **$708.45** |

For Professional Services Rendered Through 1/31/2010

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 01/19/10 | PAI | Emails to and from creditors and review Notices regarding Plan and Voting and Confirmation hearing. | 0.20 | $170.00 |
| 01/28/10 | PAI | Review fee statements. | 0.20 | $170.00 |
| 01/29/10 | PAI | Review draft Confirmation brief. | 0.40 | $340.00 |
| | | Totals | 0.80 | $680.00 |

Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Peter A. Ivanick | PAI | Partner | 0.80 | 850 | $680.00 |
| | | Totals | 0.80 | | $680.00 |

**Total Professional Services** — $680.00

Charges and Disbursements Summary

| Type of Disbursement | Amounts |
|---|---|
| Reproduction | 12.00 |
| Telephone | 11.65 |
| Online Legal Research | 4.80 |
| **Total Expenses** | **$28.45** |

**Total Amount for this Matter** — $708.45

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
tel +1 212 259 8000
fax +1 212 259 6333

## PRIVILEGED AND CONFIDENTIAL

Employer Identification No. 13-5608594

| | | |
|---|---|---|
| Barbara Unger, Director | Invoice Number | 585507 |
| US Legal Matters YPAL | Invoice Date | 3/10/2010 |
| Private Banking & Private Clients - Legal Department | Client Number | 306646 |
| Credit Suisse | Matter Number | 000136 |
| Brandschenkestrasse 25 | | Page 1 |
| P.O. Box 8070 Zurich, Switzerland | | |

RE: Chapter 11 General

For Professional Services Rendered Through 2/28/2010:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | $2,630.00 |
| **Current Expenses** | $10.40 |
| **Total Amount of this Invoice** | $2,640.40 |

## For Professional Services Rendered Through 2/28/2010

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 02/08/10 | PAI | Emails to and from creditors. | 0.20 | $170.00 |
| 02/09/10 | PAI | Review Operating Reports. | 0.10 | $85.00 |
| 02/10/10 | PAI | Emails to and from Creditors and Trustee's counsel regarding voting/claim amount etc. | 0.20 | $170.00 |
| 02/11/10 | PAI | Emails from Committee member regarding voting. | 0.10 | $85.00 |
| 02/16/10 | PAI | Email regarding Confirmation Order etc. | 0.10 | $85.00 |
| 02/17/10 | PAI | Review draft Confirmation Order and email regarding same. | 0.30 | $255.00 |
| 02/22/10 | PAI | Review balloting report. | 0.10 | $85.00 |
| 02/23/10 | PAI | Voicemail to H. Gredd regarding MCM tax issues and resulting fees etc., and telephone conference with H. Gredd regarding same. | 0.20 | $170.00 |
| 02/24/10 | AL | Preparation for confirmation hearing. | 0.40 | $200.00 |
| 02/24/10 | PAI | Conference with A. Lebwohl regarding 2/25 hearing coverage and emails regarding same. | 0.20 | $170.00 |
| 02/25/10 | AL | Attendance at confirmation hearing. | 1.80 | $900.00 |
| 02/25/10 | PAI | Emails to Committee regarding Confirmation. | 0.20 | $170.00 |
| 02/27/10 | PAI | Emails regarding confirmation, final fee app, etc. | 0.10 | $85.00 |
| | | Totals | 4.00 | $2,630.00 |

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Peter A. Ivanick | PAI | Partner | 1.80 | 850 | $1,530.00 |
| Andrew Lebwohl | AL | Associate | 2.20 | 500 | $1,100.00 |
| | | Totals | 4.00 | | $2,630.00 |

**Total Professional Services**     $2,630.00

## Charges and Disbursements Summary

| Type of Disbursement | Amounts |
|---|---|
| Reproduction | 10.40 |
| **Total Expenses** | **$10.40** |

**Total Amount for this Matter**     **$2,640.40**

# Dewey & LeBoeuf

Dewey & LeBoeuf LLP
1301 Avenue of the Americas
New York, NY 10019-6092
tel +1 212 259 8000
fax +1 212 259 6333

## PRIVILEGED AND CONFIDENTIAL

Employer Identification No. 13-5608594

| | | |
|---|---|---|
| Barbara Unger, Director | Invoice Number | 587707 |
| US Legal Matters YPAL | Invoice Date | 4/8/2010 |
| Private Banking & Private Clients - Legal Department | Client Number | 306646 |
| Credit Suisse | Matter Number | 000136 |
| Brandschenkestrasse 25 | | Page 1 |
| P.O. Box 8070 Zurich, Switzerland | | |

RE: Chapter 11 General

For Professional Services Rendered Through 3/31/2010:
In connection with the above-captioned matter as detailed on the attached invoice.

| | |
|---|---|
| **Current Fees** | $340.00 |
| **Current Expenses** | $10.40 |
| **Total Amount of this Invoice** | $350.40 |

## For Professional Services Rendered Through 3/31/2010

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/23/10 | PAI | Emails creditor regarding effective date. | 0.20 | $170.00 |
| 03/26/10 | PAI | Emails regarding Effective Date, fees, etc. | 0.20 | $170.00 |
| | | Totals | 0.40 | $340.00 |

## Timekeeper Summary

| Timekeeper | Tkpr | Status | Hours | Rate | Value |
|---|---|---|---|---|---|
| Peter A. Ivanick | PAI | Partner | 0.40 | 850 | $340.00 |
| | | Totals | 0.40 | | $340.00 |

**Total Professional Services**     $340.00

## Charges and Disbursements Summary

| Type of Disbursement | Amounts |
|---|---|
| Reproduction | 10.40 |

**Total Expenses**     $10.40

**Total Amount for this Matter**     $350.40