**EXHIBIT D**

**CERTIFICATION**

## CERTIFICATION

I have read the Final Fee Application of Dewey & LeBoeuf LLP ("Dewey & LeBoeuf") and Application for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2009 through March 26, 2010 (the "Application").

To the best of my knowledge, information and belief, formed after reasonable inquiry, the Application complies substantially with the mandatory guidelines set forth in the Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases dated June 20, 1991, as amended on April 19, 1995 (the "Guidelines), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. Section 330, dated January 30, 1996 (the "Trustee Guidelines").

To the best of my knowledge, information and belief, formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Trustee Guidelines, except as specifically noted in this certification and in the Application.

To the best of my knowledge, information and belief, formed after reasonable inquiry, except as set forth in the Application, the fees and disbursements sought are billed at rates in accordance with practices customarily employed by Dewey & LeBoeuf and generally accepted by Dewey & LeBoeuf's clients.

To the best of my knowledge, information and belief, formed after reasonable inquiry, in providing reimbursable services Dewey & LeBoeuf does not make a profit on these services; in charging for a particular service, Dewey & LeBoeuf does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; in seeking reimbursement for services which Dewey & LeBoeuf justifiably purchased or

contracted from a third party, Dewey & LeBoeuf seeks reimbursement only for the amount paid by Dewey & LeBoeuf to such vendor.

Dated: New York, New York
April 13, 2010

                                                  /s/ Peter A. Ivanick
                                                    Peter A. Ivanick